ORDERED that the Appellate Division accelerate its consideration of the appeal.

■

636 A.2d 515

STEVEN CIVALIER, ETC., ET AL. v. THE ESTATE
OF MARGARET TRANCUCCI, ET AL.

October 21, 1993.

ORDER

Leave to appeal is granted.

■

636 A.2d 515

STEVEN CIVALIER, ETC., ET AL. v. THE ESTATE
OF MARGARET J. TRANCUCCI, ET AL.

October 21, 1993.

ORDER

Leave to appeal is granted.

■

636 A.2d 516

STEVEN CIVALIER, ETC., ET AL. v. THE ESTATE
OF MARGARET TRANCUCCI, ET AL.

October 21, 1993.

ORDER

Leave to appeal is granted.